UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AIR TRANSPORT ASSOCIATION OF
AMERICA, INC. d/b/a AIRLINES FOR
AMERICA,

         Plaintiff,       Case No. 1:25-cv-01945-JMB-SJB

    v.               HON. JANE M. BECKERING

SUSAN CORBIN, in her official capacity as    MAG. SALLY J. BERENS
Director of Labor and Economic Opportunity,

         Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
<u>PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS</u>**

Plaintiff Air Transport Association of America, Inc. d/b/a Airlines for America ("A4A") respectfully submits this Notice of Supplemental Authority to inform the Court of a pertinent authority decided after A4A filed its Opposition To Defendant's Motion To Dismiss (ECF No. 9) on February 25, 2026.

On March 20, 2026, in *Air Transport Association of America, Inc. v. Meyer* (the "Chicago Action"), Judge Jeffrey I. Cummings denied the defendant's motion to dismiss A4A's claims that the Airline Deregulation Act ("ADA") and the Railway Labor Act preempt the Chicago Paid Leave and Paid Sick Leave Ordinance.  No. 24-cv-4623 (JIC) (N.D. Ill. Mar. 20, 2026), ECF No. 80 (attached as **Exhibit A**).  A4A respectfully submits that Judge Cummings' denial of the defendant's motion to dismiss in the Chicago Action—particularly as to A4A's ADA claim—supports the arguments made by A4A in its Opposition To Defendant's Motion To Dismiss in this action.  (*See* ECF No. 9.)

Dated:  March 24, 2026

/s/ *Stephanie A. Douglas*
Stephanie A. Douglas
Roger P. Meyers
Nicole K. Haelterman
BUSH SEYFERTH PLLC
100 West Big Beaver Road, Suite 400
Troy, MI  48084
Telephone:  (248) 822-7800
douglas@bsplaw.com
meyers@bsplaw.com
haelterman@bsplaw.com

Respectfully submitted,

/s/ *Alisha Q. Nanda*
James R. Carroll
Alisha Q. Nanda
Emily M. Jennings
Christopher Corcoran
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone:  (617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
emily.jennings@skadden.com
christopher.corcoran@skadden.com

*Counsel for Plaintiff*
*Air Transport Association of America, Inc.*
*d/b/a Airlines for America*